# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-012-523
**Effective Date of Registration:**
March 10, 2016

## Title _____

**Title of Work:** Rooster

**Nature of Claim:** Embroidered Patch.  Animal Farm - a collection of Goorin hats with
embroidered patches depicting vario

## Completion/Publication _____

**Year of Completion:** 2004
**Date of 1st Publication:** January 01, 2004
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Goorin Bros.
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant _____

**Copyright Claimant:** Goorin Bros.
1269 Howard Street, San Francisco, CA, 94103

## Limitation of  copyright claim _____

**Previously registered:** No

## Certification _____

**Name:** Benjarnin Goorin
**Date:** February 03, 2016

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-012-524

**Effective Date of Registration:**
March 10, 2016

---

## Title

**Title of Work:** Black Sheep

**Nature of Claim:** Embroidered Patch

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** June 05, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Goorin Bros.
**Author Created:** 2-Dimensional artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Goorin Bros.
1269 Howard Street, San Francisco, CA, 94103

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** February 03, 2016

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-012-525
**Effective Date of Registration:**
March 10, 2016

## Title

**Title of Work:** Cougar

**Nature of Claim:** Embroidered Patch

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** June 08, 2010

## Author

- **Author:** Goorin Bros.
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Goorin Bros.
1269 Howard Street, San Francisco, CA, 94103

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** February 03, 2016

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-012-657
**Effective Date of Registration:**
March 10, 2016

## Title

**Title of Work:** Squirrel Master Animal Farm - a collection of Goorin hats with embroidered patches depicting various animals along with a short phrase

**Nature of Claim:** Embroidered Patch

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** June 29, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Goorin Bros.
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Goorin Bros.
1269 Howard Street, San Francisco, CA, 94103

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** February 03, 2016

**Correspondence:** Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-012-660**
**Effective Date of Registration:**
March 10, 2016

---

## Title

**Title of Work:** Honeywell

**Nature of Claim:** Embroidered Patch Animal Farm - a collection of Goorin hats with embroidered
patches depicting vario

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** June 02, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Goorin Bros.
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Goorin Bros.
1269 Howard Street, San Francisco, CA, 94103

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** February 03, 2016

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-012-663
**Effective Date of Registration:**
March 10, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Howler |
| **Nature of Claim:** | Embroidered Patch |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 02, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Goorin Bros. |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Goorin Bros.<br>1269 Howard Street, San Franciwo., CA, 94103 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | February 03, 2016 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-012-716

**Effective Date of Registration:**
March 10, 2016

---

## Title

|   |   |
|---|---|
| **Title of Work:** | Grizz |
| **Nature of Claim:** | Embroidered Patch |

## Completion/Publication

|   |   |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 02, 2015 |

## Author

|   |   |
|---|---|
| **Author:** | Goorin Bros. |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | Yes |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

|   |   |
|---|---|
| **Copyright Claimant:** | Goorin Bros. |
|  | 1269 Howard Street, San Fran, CA, 94103 |

## Limitation of copyright claim

|   |   |
|---|---|
| **Previously registered:** | No |

## Certification

|   |   |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | February 03. 2016 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-012-735
**Effective Date of Registration:**
March 10, 2016

## Title

**Title of Work:** X the Owl

**Nature of Claim:** Embroidered Patch

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** June 08, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Goorin Bros.
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Goorin Bros.
1269 Howard Street, San Francisco, CA, 94103

## Certification

**Name:** Benjamin Goorin
**Date:** February 03, 2016

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-012-747

**Effective Date of Registration:**
March 10, 2016

---

### Title

| | |
|---|---|
| **Title of Work:** | Donkey Ass |
| **Nature of Claim:** | Embroidered Patch |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | January 01, 2008 |

### Author

| | |
|---|---|
| • **Author:** | Goorin Bros. |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Goorin Bros. |
| | 1269 Howard Street, San Francisco, CA, 94103 |

### Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

### Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | February 03, 2016 |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-012-748**
**Effective Date of Registration:**
March 10, 2016

---

### Title

| | |
|---|---|
| **Title of Work:** | San Francisco |
| **Previous or Alternate Title:** | City - a collection of Goorin hats with embroidered patches displaying names of cities, a date, and an iconic landmark. |
| **Nature of Claim:** | Embroidered Patch |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 20, 2014 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Goorin Bros. |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Goorin Bros. <br> 1269 Howard Street, San Francisco, CA, 94103 |

### Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

### Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | February 03, 2016 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-012-749
**Effective Date of Registration:**
March 10, 2016

## Title _____

| | |
|---|---|
| **Title of Work:** | Life of Leisure |
| **Nature of Claim:** | Baseball Cap Decal |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 01, 2016 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| **Author:** | Goorin Bros. |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Goorin Bros.<br>1269 Howard Street, San Francisco, CA, 94103 |

## Limitation of copyright claim _____

| | |
|---|---|
| **Previously registered:** | No |

## Certification _____

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | February 03, 2016 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-012-751

**Effective Date of Registration:**
March 10, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Beaver |
| **Nature of Claim:** | Embroidered Patch |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2004 |
| **Date of 1st Publication:** | January 01, 2004 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Goorin Bros. |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Goorin Bros.<br>1269 Howard Street, San Francisco, CA, 94103 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | February 03, 2016 |

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**VA 2-186-472**

**Effective Date of Registration:**
November 22, 2019
**Registration Decision Date:**
January 17, 2020

## Title
**Title of Work:** Killer

## Completion/Publication
**Year of Completion:** 2018
**Date of 1st Publication:** May 08, 2019
**Nation of 1st Publication:** United States

## Author
- **Author:** goorin bros
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
**Copyright Claimant:** goorin bros
1890 Bryant st, Suite 208, San Francisco, CA, 94110, United States

## Rights and Permissions
**Organization Name:** goorin bros
**Address:** 1890 bryant st
san francisco, CA 94110 United States

## Certification
**Name:** ben goorin
**Date:** November 22, 2019

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-186-476

**Effective Date of Registration:**
November 26, 2019
**Registration Decision Date:**
January 17, 2020

---

## Title

**Title of Work:** Peacock

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** goorin bros
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** goorin bros
1890 Bryant st, Suite 208, San Francisco, CA, 94110, United States

## Rights and Permissions

**Organization Name:** goorin bros
**Address:** 1890 bryant st
san francisco, CA 94110 United States

## Certification

**Name:** ben goorin
**Date:** November 26, 2019

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-187-971

**Effective Date of Registration:**
November 26, 2019
**Registration Decision Date:**
January 29, 2020

---

### Title ─────────────────────────────

**Title of Work:** King Snake

### Completion/Publication ────────────

**Year of Completion:** 2018
**Date of 1st Publication:** May 08, 2019
**Nation of 1st Publication:** United States

### Author ────────────────────────────

- **Author:** goorin bros
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

### Copyright Claimant ─────────────────

**Copyright Claimant:** goorin bros
1890 Bryant st, Suite 208, San Francisco, CA, 94110, United States

### Rights and Permissions ─────────────

**Organization Name:** goorin bros
**Address:** 1890 bryant st
san francisco, CA 94110 United States

### Certification ──────────────────────

**Name:** ben goorin
**Date:** November 26, 2019

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-191-408

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 19, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Beaver |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St, Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-192-729**

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title ─────────────────────────────

|  |  |
|---|---|
| **Title of Work:** | Foxy |
| **Nature of Claim:** | Embroidery |

## Completion/Publication ─────────────────

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 25, 2015 |
| **Nation of 1st Publication:** | United States |

## Author ─────────────────────────────

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant ───────────────────

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St., Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim ──────────

| | |
|---|---|
| **Previously registered:** | No |

## Certification ───────────────────────

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-730

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

**Title of Work:** Fever

**Nature of Claim:** Embroidery

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 17, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benjamin Goorin
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Benjamin Goorin
1890 Bryant St, Suite 208, San Francisco, CA, 94110, USA

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** April 01, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-732

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | Floater |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 17, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St. Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-745

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Gorilla |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 25, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St. Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-752

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Gallo |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 25, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St. Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-762

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

**Title of Work:** Peace

**Nature of Claim:** Embroidery

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 20, 2016
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Benjamin Goorin
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Benjamin Goorin
1890 Bryant St., Suite 208, San Francisco, CA, 94110

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** April 01, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Stone*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-767

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Toucan Do It |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 20, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St., Suite 208, San Francisco, CA, 94110 |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-778

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Elephant |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 25, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St., Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-792

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

Title of Work: Tuna

Nature of Claim: Embroidery

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: January 17, 2017
Nation of 1st Publication: United States

## Author

- Author: Benjamin Goorin
Author Created: 2-D artwork
Work made for hire: No
Citizen of: United States
Anonymous: No
Pseudonymous: No

## Copyright Claimant

Copyright Claimant: Benjamin Goorin
1890 Bryant St, Suite 208, San Francisco, CA, 94110

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Benjamin Goorin
Date: April 01, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-800

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Wise Ass |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 25, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St, Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration




This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-815

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Bull |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 17, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St, Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-820

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title _____

| | |
|---|---|
| **Title of Work:** | Woody Wood |
| **Nature of Claim:** | Embroidery |

## Completion/Publication _____

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Benjamin Goorin
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant _____

**Copyright Claimant:** Benjamin Goorin
1890 Bryant St., Suite 208, San Francisco, CA, 94110

## Limitation of copyright claim _____

**Previously registered:** No

## Certification _____

**Name:** Benjamin Goorin
**Date:** April 01, 2019

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-825

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

---

## Title

**Title of Work:** Pecker

**Nature of Claim:** Embroidery

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Benjamin Goorin
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Benjamin Goorin
1890 Bryant St. Suite 208, San Francisco, CA, 94110

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** April 01, 2019

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**VA 2-192-832**

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | Tiger |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Benjamin Goorin
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Benjamin Goorin
1890 Bryant St Suite 208, San Francisco, CA, 94110

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** April 01, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-192-846**

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Freedom |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St. Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-850

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

**Title of Work:** Horny

**Nature of Claim:** Embroidery

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Benjamin Goorin
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Benjamin Goorin
1890 Bryant St. Suite 208, San Francisco, CA, 94110

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** April 01, 2019

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-192-852

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

**Title of Work:** Lone Wolf

**Nature of Claim:** Embroidery

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Benjamin Goorin
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Benjamin Goorin
1890 Bryant St. Suite 208, San Francisco, CA, 94110

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** April 01, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-855

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Nuts |
| **Nature of Claim:** | Embroidery |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
|  | 1890 Bryant St. Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim _____

|  |  |
|---|---|
| **Previously registered:** | No |

## Certification _____

|  |  |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-192-861**

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | Cock |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St., Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date:** | April 01, 2019 |

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-866

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

---

## Title

**Title of Work:** Black Sheep

**Nature of Claim:** Embroidery

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Benjamin Goorin
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Benjamin Goorin
1890 Bryant St, Suite 208, San Francisco, CA, 94110

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Goorin
**Date:** April 01, 2019

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

# VA 2-193-876

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 05, 2020

## Title

**Title of Work:** R1366 Cock Gray Leather

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Goorin Brothers
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Goorin Brothers
1890 Bryant St, Suite 208, San Francisco, CA, 94110, United States

## Rights and Permissions

**Organization Name:** Goorin Bros
**Address:** 1890 Bryant st
Suite 208
San Francisco, CA 94110 United States

## Certification

**Name:** Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-237-003

**Effective Date of Registration:**
February 01, 2021
**Registration Decision Date:**
February 10, 2021

## Title

**Title of Work:** R2147 Silver Tiger

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 14, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

**Date:**   February 01, 2021

**Correspondence:**   Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-237-012

**Effective Date of Registration:**
December 16, 2020
**Registration Decision Date:**
February 10, 2021

## Title
_____

**Title of Work:** R2074 Baboon

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** January 10, 2019
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
_____

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification
_____

**Name:** Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-237-013**

**Effective Date of Registration:**
December 16, 2020
**Registration Decision Date:**
February 10, 2021

---

## Title
 

| | |
|---|---|
| **Title of Work:** | R2158 Bouncer |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | February 04, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| | - |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

**Date:**   December 16, 2020

**Correspondence:**   Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-240-504

**Effective Date of Registration:**
February 12, 2021
**Registration Decision Date:**
March 09, 2021

---

## Title

**Title of Work:** R2120 Lady Bug

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 10, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Goorin Brothers
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
-
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-240-506

**Effective Date of Registration:**
February 12, 2021
**Registration Decision Date:**
March 09, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R2156 Buffalo |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Goorin Brothers |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-240-508

**Effective Date of Registration:**
February 12, 2021
**Registration Decision Date:**
March 09, 2021

## Title

**Title of Work:** R2168 Baked

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.

**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-240-509

**Effective Date of Registration:**
February 12, 2021
**Registration Decision Date:**
March 09, 2021

## Title

**Title of Work:** R2203 Toro

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Goorin Brothers Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-240-511**

**Effective Date of Registration:**
February 12, 2021
**Registration Decision Date:**
March 09, 2021

## Title _____

      **Title of Work:**   R2150 Dark Stallion

## Completion/Publication _____

      **Year of Completion:**   2018
    **Date of 1st Publication:**   January 10, 2018
  **Nation of 1st Publication:**   United States

## Author _____

   •      **Author:**   Goorin Brothers
    **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
      **Citizen of:**   United States
    **Domiciled in:**   United States

## Copyright Claimant _____

   **Copyright Claimant:**   GOORIN BROS INC.
            128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions _____

   **Organization Name:**   GOORIN BROS INC.
         **Address:**   128 Shotwell St
             San Francisco, CA 94103 United States

## Certification _____

         **Name:**   Ben Goorin

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-240-514

**Effective Date of Registration:**
February 12, 2021
**Registration Decision Date:**
March 09, 2021

---

## Title

**Title of Work:** R3010 Black Sheep

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Goorin Brothers
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
-
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-242-440**

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

## Title

Title of Work:   R3113 Blue Exotic Tiger

## Completion/Publication

Year of Completion:   2020
Date of 1st Publication:   August 10, 2020
Nation of 1st Publication:   United States

## Author

- **Author:**   GOORIN BROS INC.
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

Copyright Claimant:   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

Organization Name:   GOORIN BROS INC.

Address:   128 Shotwell St
San Francisco, CA 94103 United States

## Certification

Name:   Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-242-444

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | R3071 Spider |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | October 10, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-242-445

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

---

## Title

**Title of Work:**  R3072 Viper

## Completion/Publication

**Year of Completion:**  2020
**Date of 1st Publication:**  October 10, 2020
**Nation of 1ˢᵗ Publication:**  United States

## Author

- **Author:**  GOORIN BROS INC.
  **Author Created:**  2-D artwork
  **Work made for hire:**  Yes
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:**  GOORIN BROS INC.
**Address:**  128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:**  Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-242-446

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

---

## Title

**Title of Work:** R3074 Moth

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 10, 2020
**Nation of 1st Publication:** United States

## Author

• **Author:** GOORIN BROS INC.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-242-447

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

---

## Title

| | |
|---|---|
| Title of Work: | R3075 Crocodile |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | October 10, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-242-448

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

## Title

| | |
|---|---|
| Title of Work: | R3026 Curious Cat |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | September 10, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-242-449

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

## Title

| | |
|---|---|
| Title of Work: | R3023 Frisky Whisky |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | September 10, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-242-450

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

---

## Title

| | |
|---|---|
| Title of Work: | R3029 Bad Luck Cat |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | September 10, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-242-451

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

## Title
| | |
|---|---|
| Title of Work: | R3065 Frenchie |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | September 10, 2020 |
| Nation of 1st Publication: | United States |

## Author
| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions
| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification
| | |
|---|---|
| Name: | Ben Goorin |

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-242-452

**Effective Date of Registration:**
March 16, 2021
**Registration Decision Date:**
March 21, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | R3081 Koala |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | August 10, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC.<br>128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St<br>San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-244-689

**Effective Date of Registration:**
March 25, 2021
**Registration Decision Date:**
April 05, 2021

---

## Title

Title of Work: R2121 Beast Lion

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: January 10, 2019
Nation of 1st Publication: United States

## Author

- Author: GOORIN BROS INC.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

Organization Name: GOORIN BROS INC.
Address: 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

Name: Ben Goorin

# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-244-690

**Effective Date of Registration:**
March 25, 2021
**Registration Decision Date:**
April 05, 2021

## Title _____

Title of Work:   R1336 Bear Lone Star

## Completion/Publication _____

Year of Completion:   2018
Date of 1st Publication:   January 10, 2018
Nation of 1st Publication:   United States

## Author _____

- **Author:**   GOORIN BROS INC.
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant _____

Copyright Claimant:   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions _____

Organization Name:   GOORIN BROS INC.
Address:   128 Shotwell St
San Francisco, CA 94103 United States

## Certification _____

Name:   Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-244-692

**Effective Date of Registration:**
March 25, 2021
**Registration Decision Date:**
April 05, 2021

## Title

Title of Work:   R2064 Bass

## Completion/Publication

Year of Completion:   2018
Date of 1st Publication:   January 10, 2018
Nation of 1st Publication:   United States

## Author

- **Author:**   GOORIN BROS INC.
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

Copyright Claimant:   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

Organization Name:   GOORIN BROS INC.
Address:   128 Shotwell St
San Francisco, CA 94103 United States

## Certification

Name:   Ben Goorin

Page 1 of 2

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-244-693

**Effective Date of Registration:**
March 25, 2021
**Registration Decision Date:**
April 05, 2021

## Title

**Title of Work:**   R1766 Owl Hooters

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   April 10, 2019
**Nation of 1st Publication:**   United States

## Author

- **Author:**   GOORIN BROS INC.
**Author Created:**   2-D artwork
**Work made for hire:**   Yes
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:**   GOORIN BROS INC.
**Address:**   128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:**   Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-245-560

**Effective Date of Registration:**
March 25, 2021
**Registration Decision Date:**
April 07, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R1876 Donkey "Bad" |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 01, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-836

**Effective Date of Registration:**
January 22, 2021
**Registration Decision Date:**
April 19, 2021

---

## Title _____

Title of Work: R2073 "Funky" Monkey

## Completion/Publication _____

Year of Completion: 2018
Date of 1st Publication: March 14, 2018
Nation of 1st Publication: United States

## Author _____

- Author: Goorin Brothers
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions _____

Organization Name: GOORIN BROS INC.
Address: 128 Shotwell St
San Francisco, CA 94103 United States

## Certification _____

Name: Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-247-837**

**Effective Date of Registration:**
January 22, 2021
**Registration Decision Date:**
April 19, 2021

---

## Title

**Title of Work:**   R2201 Alacran

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   January 10, 2018
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Goorin Brothers
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:**   GOORIN BROS INC.
**Address:**   128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:**   Ben Goorin

**Date**:  December 16, 2020

**Correspondence:**   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-838

**Effective Date of Registration:**
January 22, 2021
**Registration Decision Date:**
April 19, 2021

## Title

| | |
|---|---|
| Title of Work: | R2199 "Champion" Horse |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | January 10, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Goorin Brothers |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC.<br>128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St<br>San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-248-829

**Effective Date of Registration:**
April 02, 2021
**Registration Decision Date:**
April 27, 2021

---

## Title

|  |  |
|---|---|
| Title of Work: | R2051 Fowl Duck |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | February 10, 2019 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
|  | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
|  | San Francisco, CA 94103 United States |

## Certification

|  |  |
|---|---|
| Name: | Ben Goorin |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
# VA 2-249-021
**Effective Date of Registration:**
April 02, 2021
**Registration Decision Date:**
April 29, 2021

## Title _____

Title of Work: R1418 Sitting Butch Bulldog

## Completion/Publication _____

Year of Completion: 2018
Date of 1st Publication: January 10, 2018
Nation of 1st Publication: United States

## Author _____

- Author: GOORIN BROS INC.
Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States
Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions _____

Organization Name: GOORIN BROS INC.
Address: 128 Shotwell St
San Francisco, CA 94103 United States

## Certification _____

Name: Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-249-022

**Effective Date of Registration:**
April 09, 2021
**Registration Decision Date:**
April 29, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R2157 Good Boy Dog |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | February 10, 2019 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-249-023

**Effective Date of Registration:**
April 09, 2021
**Registration Decision Date:**
April 29, 2021

---

## Title
        **Title of Work:** R2057 High Bird

## Completion/Publication
        **Year of Completion:** 2018
        **Date of 1st Publication:** January 10, 2018
        **Nation of 1st Publication:** United States

## Author
-         **Author:** GOORIN BROS INC.
        **Author Created:** 2-D artwork
        **Work made for hire:** Yes
        **Citizen of:** United States
        **Domiciled in:** United States

## Copyright Claimant
        **Copyright Claimant:** GOORIN BROS INC.
        128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
        **Organization Name:** GOORIN BROS INC.
        **Address:** 128 Shotwell St
        San Francisco, CA 94103 United States

## Certification
        **Name:** Ben Goorin

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-249-026

**Effective Date of Registration:**
April 09, 2021
**Registration Decision Date:**
April 29, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R2132 Black Swan |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | February 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-249-829

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 05, 2021

---

## Title
_____

        **Title of Work:**  R2213 Tucan

## Completion/Publication
_____

        **Year of Completion:**  2018
    **Date of 1st Publication:**  January 10, 2018
   **Nation of 1ˢᵗ Publication:**  United States

## Author
_____

-         **Author:**  GOORIN BROS INC.
      **Author Created:**  2-D artwork
  **Work made for hire:**  Yes
         **Citizen of:**  United States
     **Domiciled in:**  United States

## Copyright Claimant
_____

   **Copyright Claimant:**  GOORIN BROS INC.
                     128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
_____

    **Organization Name:**  GOORIN BROS INC.
            **Address:**  128 Shotwell St
                  San Francisco, CA 94103 United States

## Certification
_____

           **Name:**  Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-249-832

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 05, 2021

## Title

| | |
|---|---|
| Title of Work: | R3009 Fierce Leopard |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | January 10, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-249-835

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 05, 2021

## Title

| | |
|---|---|
| Title of Work: | R3018 Mammoth |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | September 10, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC.<br>128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St<br>San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-249-836

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 05, 2021

---

## Title

| | |
|---|---|
| Title of Work: | R3054 Eagle |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | January 10, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-250-012

**Effective Date of Registration:**
April 30, 2021
**Registration Decision Date:**
May 06, 2021

## Title
_____

**Title of Work:**  R2195 Player Possom

## Completion/Publication
_____

**Year of Completion:**  2018
**Date of 1st Publication:**  January 10, 2018
**Nation of 1st Publication:**  United States

## Author
_____

- **Author:**  GOORIN BROS INC.
  **Author Created:**  2-D artwork
  **Work made for hire:**  Yes
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant
_____

**Copyright Claimant:**  GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
_____

**Organization Name:**  GOORIN BROS INC.
**Address:**  128 Shotwell St
San Francisco, CA 94103 United States

## Certification
_____

**Name:**  Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-250-014

**Effective Date of Registration:**
April 30, 2021
**Registration Decision Date:**
May 06, 2021

---

## Title

**Title of Work:** R2155 Moose Rack

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-250-016

**Effective Date of Registration:**
April 30, 2021
**Registration Decision Date:**
May 06, 2021

---

## Title

**Title of Work:** R3008 Sassy Dog

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-250-018**

**Effective Date of Registration:**
April 30, 2021
**Registration Decision Date:**
May 06, 2021

## Title

**Title of Work:** R2166 Tough Rottweiler

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
 **Author Created:** 2-D artwork
 **Work made for hire:** Yes
 **Citizen of:** United States
 **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Page 1 of 2

## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-250-019

**Effective Date of Registration:**
April 30, 2021
**Registration Decision Date:**
May 06, 2021

---

## Title
_____

| | |
|---|---|
| Title of Work: | R2185 Stinger Stingray |

## Completion/Publication
_____

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | January 10, 2018 |
| Nation of 1st Publication: | United States |

## Author
_____

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant
_____

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions
_____

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification
_____

| | |
|---|---|
| Name: | Ben Goorin |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-250-289

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

## Title _____

            Title of Work:   R1334 Lion

## Completion/Publication _____

       Year of Completion:   2018
     Date of 1st Publication:   January 10, 2018
   Nation of 1st Publication:   United States

## Author _____

   • **Author:**   GOORIN BROS INC.
   **Author Created:**   2-D artwork
   **Work made for hire:**   Yes
   **Citizen of:**   United States
   **Domiciled in:**   United States

## Copyright Claimant _____

   Copyright Claimant:   GOORIN BROS INC.
                         128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions _____

   Organization Name:   GOORIN BROS INC.
                        -
            Address:   128 Shotwell St
                       San Francisco, CA 94103 United States

## Certification _____

            Name:   Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-250-291

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

---

## Title

**Title of Work:**   R2092 Wild Baby Tiger

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   February 10, 2018
**Nation of 1st Publication:**   United States

## Author

- **Author:**   GOORIN BROS INC.
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:**   GOORIN BROS INC.
-
**Address:**   128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:**   Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-250-292

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

## Title

Title of Work:    R2181 Little Rooster

## Completion/Publication

Year of Completion:    2018
Date of 1st Publication:    January 10, 2018
Nation of 1st Publication:    United States

## Author

- **Author:**    GOORIN BROS INC.
  **Author Created:**    2-D artwork
  **Work made for hire:**    Yes
  **Citizen of:**    United States
  **Domiciled in:**    United States

## Copyright Claimant

Copyright Claimant:    GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

Organization Name:    GOORIN BROS INC.
Address:    128 Shotwell St
San Francisco, CA 94103 United States

## Certification

Name:    Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-250-314

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

## Title
_____

| | |
|---|---|
| **Title of Work:** | R2151 Dark Rooster |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 10, 2018 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC.<br>128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions
_____

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St<br>San Francisco, CA 94103 United States |

## Certification
_____

| | |
|---|---|
| **Name:** | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-250-317

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

## Title

**Title of Work:** R1895 Happy Penguin

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 10, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-250-318

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

## Title
_____

Title of Work:    R2204 Pantera

## Completion/Publication
_____

Year of Completion:    2019
Date of 1st Publication:    February 10, 2019
Nation of 1st Publication:    United States

## Author
_____

- **Author:**    GOORIN BROS INC.
  **Author Created:**    2-D artwork
  **Work made for hire:**    Yes
  **Citizen of:**    United States
  **Domiciled in:**    United States

## Copyright Claimant
_____

Copyright Claimant:    GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
_____

Organization Name:    GOORIN BROS INC.
Address:    128 Shotwell St
San Francisco, CA 94103 United States

## Certification
_____

Name:    Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-250-365

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

## Title _____

| | |
|---|---|
| Title of Work: | R2184 Lion Red Border |

## Completion/Publication _____

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | January 10, 2018 |
| Nation of 1st Publication: | United States |

## Author _____

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant _____

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions _____

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| | - |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification _____

| | |
|---|---|
| Name: | Ben Goorin |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-250-367

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

---

## Title

**Title of Work:** R2153 Jack Ass

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
-
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-250-377

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R2163 Pit bull |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-250-380

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 10, 2021

---

## Title

| | |
|---|---|
| Title of Work: | R3019 Sabertooth |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | September 10, 2019 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | **Author:** | GOORIN BROS INC. |
  | **Author Created:** | 2-D artwork |
  | **Work made for hire:** | Yes |
  | **Citizen of:** | United States |
  | **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| | - |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-250-694

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 12, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R2211 Perico |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 10, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
## VA 2-250-695
**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 12, 2021

---

## Title _____

       **Title of Work:**  R3001 Mama Bear

## Completion/Publication _____

    **Year of Completion:**  2018
  **Date of 1st Publication:**  January 10, 2018
  **Nation of 1st Publication:**  United States

## Author _____

-       **Author:**  GOORIN BROS INC.
    **Author Created:**  2-D artwork
 **Work made for hire:**  Yes
      **Citizen of:**  United States
    **Domiciled in:**  United States

## Copyright Claimant _____

  **Copyright Claimant:**  GOORIN BROS INC.
        128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions _____

  **Organization Name:**  GOORIN BROS INC.
       **Address:**  128 Shotwell St
        San Francisco, CA 94103 United States

## Certification _____

       **Name:**  Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-250-696

**Effective Date of Registration:**
April 21, 2021
**Registration Decision Date:**
May 12, 2021

---

## Title

**Title of Work:** R2205 Jaguar

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-252-029

**Effective Date of Registration:**
January 22, 2021
**Registration Decision Date:**
May 20, 2021

## Title

**Title of Work:**   R2154 "Hunter" Coyote

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   January 10, 2018
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Goorin Brothers
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:**   GOORIN BROS INC.

**Address:**   128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:**   Ben Goorin

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-252-031

**Effective Date of Registration:**
January 22, 2021
**Registration Decision Date:**
May 20, 2021

## Title

**Title of Work:**   R2003 Shark

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   January 10, 2018
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Goorin Brothers
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:**   GOORIN BROS INC.
**Address:**   128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:**   Ben Goorin

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-252-032

**Effective Date of Registration:**
January 22, 2021
**Registration Decision Date:**
May 20, 2021

---

## Title
**Title of Work:**   R3108 "Exotic" Bird

## Completion/Publication
**Year of Completion:**   2019
**Date of 1st Publication:**   February 01, 2019
**Nation of 1st Publication:**   United States

## Author
- **Author:**   Goorin Brothers
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant
**Copyright Claimant:**   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
**Organization Name:**   GOORIN BROS INC.
**Address:**   128 Shotwell St
San Francisco, CA 94103 United States

## Certification
**Name:**   Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-252-034

**Effective Date of Registration:**
January 22, 2021
**Registration Decision Date:**
May 20, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R2178 "Flirt" Bird |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 01, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Goorin Brothers |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC.<br>128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St<br>San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-252-042

**Effective Date of Registration:**
January 22, 2021
**Registration Decision Date:**
May 20, 2021

## Title

**Title of Work:** R2212 Aguila

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Goorin Brothers
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-255-905

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

---

## Title
_____

    **Title of Work:**  R2185 Stinger

## Completion/Publication
_____

    **Year of Completion:**  2019
    **Date of 1st Publication:**  January 10, 2019
    **Nation of 1st Publication:**  United States

## Author
_____

-     **Author:**  GOORIN BROS INC.
    **Author Created:**  2-D artwork
    **Work made for hire:**  Yes
    **Citizen of:**  United States
    **Domiciled in:**  United States

## Copyright Claimant
_____

    **Copyright Claimant:**  GOORIN BROS INC.
    128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
_____

    **Organization Name:**  GOORIN BROS INC.
    **Address:**  128 Shotwell St
    San Francisco, CA 94103 United States

## Certification
_____

    **Name:**  Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-255-906

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

---

## Title

| | |
|---|---|
| Title of Work: | R2164 Weiner |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | January 10, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-255-909

**Effective Date of Registration:**
June 04, 2021

**Registration Decision Date:**
June 23, 2021

## Title _____

| | |
|---|---|
| **Title of Work:** | R2065 Trout |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author _____

- | | |
|---|---|
| **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification _____

| | |
|---|---|
| **Name:** | Ben Goorin |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-255-924

**Effective Date of Registration:**
April 02, 2021
**Registration Decision Date:**
June 23, 2021

---

## Title
_____

Title of Work: R1890 Black Bear

## Completion/Publication
_____

Year of Completion: 2018
Date of 1st Publication: February 10, 2018
Nation of 1st Publication: United States

## Author
_____

- Author: GOORIN BROS INC.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
_____

Organization Name: GOORIN BROS INC.
Address: 128 Shotwell St
San Francisco, CA 94103 United States

## Certification
_____

Name: Ben Goorin

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-255-926**

**Effective Date of Registration:**
April 02, 2021
**Registration Decision Date:**
June 23, 2021

## Title
─────────────────────────────────

**Title of Work:** R1417 Billy Goat

## Completion/Publication
─────────────────────────────────

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author
─────────────────────────────────

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
─────────────────────────────────

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
─────────────────────────────────

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification
─────────────────────────────────

**Name:** Ben Goorin

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-255-929

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

## Title

**Title of Work:** Wise Ass Owl

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 10, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-255-931

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

## Title

Title of Work: GO-019538R Pig

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: January 02, 2018
Nation of 1st Publication: United States

## Author

- Author: GOORIN BROS INC.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

Organization Name: GOORIN BROS INC.
Address: 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

Name: Ben Goorin

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-255-933

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

---

## Title _____

Title of Work: R2148 Wise Owl

## Completion/Publication _____

Year of Completion: 2018
Date of 1st Publication: January 10, 2018
Nation of 1st Publication: United States

## Author _____

- Author: GOORIN BROS INC.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions _____

Organization Name: GOORIN BROS INC.
Address: 128 Shotwell St
San Francisco, CA 94103 United States

## Certification _____

Name: Ben Goorin
Date: June 04, 2021

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-255-934

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

## Title

**Title of Work:** R1862 Pointer Dog

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

# VA 2-255-935

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

## Title _____

Title of Work:   R2124 Weasel

## Completion/Publication _____

Year of Completion:   2018
Date of 1st Publication:   January 10, 2018
Nation of 1st Publication:   United States

## Author _____

- Author:   GOORIN BROS INC.
  Author Created:   2-D artwork
  Work made for hire:   Yes
  Citizen of:   United States
  Domiciled in:   United States

## Copyright Claimant _____

Copyright Claimant:   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions _____

Organization Name:   GOORIN BROS INC.
Address:   128 Shotwell St
San Francisco, CA 94103 United States

## Certification _____

Name:   Ben Goorin
Date:   June 04, 2021

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-255-937

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | R2006 Turkey |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |
| **Date:** | June 04, 2021 |

## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-255-939

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

---

## Title _____

| | |
|---|---|
| **Title of Work:** | R2134 Warewolf |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 10, 2018 |
| **Nation of 1st Publication:** | United States |

## Author _____

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification _____

| | |
|---|---|
| **Name:** | Ben Goorin |
| **Date:** | June 04, 2021 |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-255-943

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

---

## Title

**Title of Work:** R2125 Vulture

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin
**Date:** June 04, 2021

Page 1 of 2

## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-255-984

**Effective Date of Registration:**
April 02, 2021
**Registration Decision Date:**
June 23, 2021

## Title
_____

**Title of Work:**   R1938 Butch Bulldog

## Completion/Publication
_____

**Year of Completion:**   2018
**Date of 1st Publication:**   April 10, 2018
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   GOORIN BROS INC.
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
_____

**Organization Name:**   GOORIN BROS INC.

**Address:**   128 Shotwell St
San Francisco, CA 94103 United States

## Certification
_____

**Name:**   Ben Goorin

Page 1 of 2

## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-255-985

**Effective Date of Registration:**
April 02, 2021
**Registration Decision Date:**
June 23, 2021

---

### Title

| | |
|---|---|
| **Title of Work:** | R1866 Cub Bear |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 10, 2019 |
| **Nation of 1ˢᵗ Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| | - |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

### Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-255-986**

**Effective Date of Registration:**
April 02, 2021
**Registration Decision Date:**
June 23, 2021

## Title

Title of Work: R2052 Dark Horse

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: January 10, 2019
Nation of 1st Publication: United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

Copyright Claimant: GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

Organization Name: GOORIN BROS INC.
-
Address: 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

Name: Ben Goorin

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-255-987

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

## Title _____

|  |  |
|---|---|
| **Title of Work:** | R1314 Bird |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 08, 2018 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
|  | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
|  | San Francisco, CA 94103 United States |

## Certification _____

|  |  |
|---|---|
| **Name:** | Ben Goorin |

Page 1 of 2

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-255-989**

**Effective Date of Registration:**
April 02, 2021
**Registration Decision Date:**
June 23, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R2169 Chill Turtle |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC.<br>128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St<br>San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

Page 1 of 2

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-264-229

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
August 27, 2021

## Title

**Title of Work:** R1318 Bitch Dog

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-264-236

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
August 27, 2021

## Title

| | |
|---|---|
| Title of Work: | R1829 Rack Deer |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | February 10, 2018 |
| Nation of 1st Publication: | United States |

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-264-537

**Effective Date of Registration:**
April 09, 2021
**Registration Decision Date:**
August 30, 2021

## Title

**Title of Work:** R1761 Buck Fever Leaping

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 10, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** -
128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-265-284

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
September 02, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R1909 Snap Gator |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 10, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-265-312

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
September 02, 2021

## Title

**Title of Work:** R1317 Beaver

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-265-492

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
September 03, 2021

## Title

| | |
|---|---|
| Title of Work: | R1311 Cock Patch |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | January 10, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | GOORIN BROS INC. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | GOORIN BROS INC.<br>128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | GOORIN BROS INC. |
| Address: | 128 Shotwell St<br>San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| Name: | Ben Goorin |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-265-493

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
September 03, 2021

---

## Title

**Title of Work:** R1316 Foxy

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 15, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.

**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-294-500

**Effective Date of Registration:**
March 04, 2022
**Registration Decision Date:**
April 08, 2022

## Title

**Title of Work:** R3199 Snow Leopard BLK

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 05, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.

**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-294-518

**Effective Date of Registration:**
March 04, 2022
**Registration Decision Date:**
April 08, 2022

## Title

| | |
|---|---|
| **Title of Work:** | R3194 Hard Buffalo WHI |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 05, 2021 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
| | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | 128 Shotwell St |
| | San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-294-526

**Effective Date of Registration:**
March 04, 2022
**Registration Decision Date:**
April 08, 2022

## Title
_____

**Title of Work:**    R3192 Alpha Dog WHI

## Completion/Publication
_____

**Year of Completion:**    2021
**Date of 1st Publication:**    May 01, 2021
**Nation of 1ˢᵗ Publication:**    United States

## Author
_____

- **Author:**    GOORIN BROS INC.
  **Author Created:**    2-D artwork
  **Work made for hire:**    Yes
  **Citizen of:**    United States
  **Domiciled in:**    United States

## Copyright Claimant
_____

**Copyright Claimant:**    GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions
_____

**Organization Name:**    GOORIN BROS INC.

**Address:**    128 Shotwell St
San Francisco, CA 94103 United States

## Certification
_____

**Name:**    Ben Goorin

Page 1 of 2

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**United States Patent and Trademark Office**

**Reg. No. 3,293,389**

Registered Sep. 18, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# GOORIN

GOORIN BROTHERS, INC. (CALIFORNIA COR-
PORATION)
1805 ROLLINS ROAD
BURLINGAME, CA 94010

FOR: BAGS, NAMELY ATHLETIC BAGS, ALL
PURPOSE CARRYING BAGS, ALL PURPOSE
SPORTS BAGS, BOOK BAGS, CARRY-ALL BAGS,
DUFFEL BAGS, OVERNIGHT BAGS, SHOULDER
BAGS, SLING BAGS, TRAVEL BAGS, HANDBAGS,
BACKPACKS, WALLETS, IN CLASS 18 (U.S. CLS. 1,
2, 3, 22 AND 41).

FIRST USE 12-31-1895; IN COMMERCE 12-31-1895.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-088,367, FILED 1-22-2007.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,293,390

Registered Sep. 18, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# GOORIN

GOORIN BROTHERS, INC. (CALIFORNIA COR-
PORATION)
1805 ROLLINS ROAD
BURLINGAME, CA 94010

FOR: HATS, HEADGEAR, NAMELY CAPS, BEA-
NIES, SHAPED HATS, SCARVES, GLOVES, CLOTH-
ING BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1895; IN COMMERCE 12-31-1895.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-088,374, FILED 1-22-2007.

JEFF DEFORD, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, January 11, 2017 11:01 PM |
| **To:** | PLTrademarks@klgates.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3293390: GOORIN: Docket/Reference No. 140204200001 |

**Serial Number:**  77088374
**Registration Number:**  3293390
**Registration Date:**  Sep 18, 2007
**Mark:**  GOORIN
**Owner:**  Goorin Brothers, Inc.

Jan 11, 2017

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77088374.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

## United States Patent and Trademark Office

Reg. No. 3,293,391
Registered Sep. 18, 2007

### TRADEMARK
#### PRINCIPAL REGISTER



GOORIN BROTHERS, INC. (CALIFORNIA COR-
PORATION)
1805 ROLLINS ROAD
BURLINGAME, CA 94010

FOR: BAGS, NAMELY ATHLETIC BAGS, ALL
PURPOSE CARRYING BAGS, ALL PURPOSE
SPORTS BAGS, BOOK BAGS, CARRY-ALL BAGS,
DUFFEL BAGS, OVERNIGHT BAGS, SHOULDER
BAGS, SLING BAGS, TRAVEL BAGS, HANDBAGS,

BACKPACKS, WALLETS, IN CLASS 18 (U.S. CLS. 1,
2, 3, 22 AND 41).

FIRST USE 9-1-2000; IN COMMERCE 9-1-2000.

THE MARK CONSISTS OF A DESIGN OF A
CASTLE.

SER. NO. 77-088,391, FILED 1-22-2007.

JEFF DEFORD, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,293,392

Registered Sep. 18, 2007

## TRADEMARK
### PRINCIPAL REGISTER



GOORIN BROTHERS, INC. (CALIFORNIA COR-
PORATION)
1805 ROLLINS ROAD
BURLINGAME, CA 94010

FOR: HATS, HEADGEAR, NAMELY CAPS, BEA-
NIES, SHAPED HATS, SCARVES, GLOVES, CLOTH-
ING BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-2000; IN COMMERCE 9-1-2000.

THE MARK CONSISTS OF A DESIGN OF A
CASTLE.

SER. NO. 77-088,401, FILED 1-22-2007.

JEFF DEFORD, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, December 29, 2016 11:01 PM |
| **To:** | pltrademarks@klgates.com |
| **Cc:** | pltrademarks@klgates.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3293392: Miscellaneous Design: Docket/Reference No. 140204200001 |

**Serial Number:** 77088401
**Registration Number:** 3293392
**Registration Date:** Sep 18, 2007
**Mark:** Miscellaneous Design
**Owner:** Goorin Bros., Inc.

Dec 29, 2016

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77088401.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**Generated on:** This page was generated by TSDR on 2024-03-20 22:35:15 EDT

**Mark:** GOORIN

# GOORIN

**US Serial Number:** 77088357

**Application Filing Date:** Jan. 22, 2007

**US Registration Number:** 3338514

**Registration Date:** Nov. 20, 2007

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Sep. 13, 2017

**Publication Date:** Sep. 04, 2007

## Mark Information

**Mark Literal Elements:** GOORIN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Retail store services featuring clothing, bags, handbags, backpacks, wallets; online retail store services featuring clothing, bags, handbags, backpacks, wallets

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 31, 1895

**Use in Commerce:** Dec. 31, 1895

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Goorin Bros., Inc. |
| **Owner Address:** | 128 Shotwell St. |
| | San Francisco, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |

**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Britt L. Anderson | **Docket Number:** | 131610.4000 |
| **Attorney Primary Email Address:** | pctrademarks@perkinscoie.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Britt L. Anderson |
| | PERKINS COIE LLP |
| | 3150 PORTER DR |
| | PALO ALTO, CALIFORNIA UNITED STATES 94304 |
| **Phone:** | 650-838-4300 |

**Fax:** 650-838-4350

| | |
|---|---|
| **Correspondent e-mail:** | pctrademarks@perkinscoie.com |

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 20, 2022 | NOTICE OF UPDATED REGISTRATION CONFIRMATION EMAILED | |
| Nov. 16, 2022 | CORRECTION UNDER SECTION 7 - PROCESSED | |
| Nov. 14, 2022 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Nov. 05, 2022 | POST REGISTRATION ACTION MAILED - SEC. 7 | |
| Oct. 24, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| May 23, 2022 | TEAS SECTION 7 REQUEST RECEIVED | |
| Sep. 28, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Sep. 28, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 28, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 28, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 28, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Dec. 06, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 06, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 26, 2018 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 26, 2018 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jun. 26, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 13, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Sep. 13, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 13, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 13, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 04, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 04, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 20, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 26, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 26, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 18, 2013 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Sep. 25, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Sep. 18, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 10, 2009 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |

| | |
|---|---|
| Dec. 10, 2009 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Dec. 09, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Dec. 09, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Nov. 20, 2007 | REGISTERED-PRINCIPAL REGISTER |
| Sep. 04, 2007 | PUBLISHED FOR OPPOSITION |
| Aug. 15, 2007 | NOTICE OF PUBLICATION |
| May 25, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| May 25, 2007 | ASSIGNED TO LIE |
| May 09, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 09, 2007 | ASSIGNED TO EXAMINER |
| Jan. 25, 2007 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 115          **Date in Location:** Nov. 16, 2022

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,338,516

Registered Nov. 20, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



GOORIN BROTHERS, INC. (CALIFORNIA COR-PORATION)
1805 ROLLINS ROAD
BURLINGAME, CA 94010

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, BAGS, HANDBAGS, BACKPACKS, WALLETS; ONLINE RETAIL STORE SERVICES FEATURING CLOTHING, BAGS, HANDBAGS, BACKPACKS, WALLETS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-1-2000; IN COMMERCE 9-1-2000.

THE MARK CONSISTS OF A DESIGN OF A CASTLE.

SER. NO. 77-088,422, FILED 1-22-2007.

JEFF DEFORD, EXAMINING ATTORNEY



# United States of America

### United States Patent and Trademark Office

## GOORIN BROS.

**Reg. No. 3,825,020**
**Registered July 27, 2010**

GOORIN BROS., INC. (CALIFORNIA CORPORATION)
1269 HOWARD STREET
SAN FRANCISCO, CA 94103

**Int. Cl.: 18**

FOR: BAGS, NAMELY, ATHLETIC BAGS, ALL PURPOSE CARRYING BAGS, ALL PURPOSE SPORTS BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**

FIRST USE 12-31-1895; IN COMMERCE 12-31-1895.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,293,389, 3,293,390, AND 3,338,514.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BROS.", APART FROM THE MARK AS SHOWN.

SER. NO. 77-898,324, FILED 12-21-2009.

COLLEEN DOMBROW, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GOORIN BROS.

**Reg. No. 3,825,023**  
**Registered July 27, 2010**

GOORIN BROS., INC. (CALIFORNIA CORPORATION)
1269 HOWARD STREET
SAN FRANCISCO, CA 94103

**Int. Cl.: 25**

FOR: HATS, HEADGEAR, NAMELY, CAPS, BEANIES, SHAPED HATS, GLOVES, BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 12-31-1895; IN COMMERCE 12-31-1895.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,293,389, 3,293,390, AND 3,338,514.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BROS.", APART FROM THE MARK AS SHOWN.

SER. NO. 77-898,333, FILED 12-21-2009.

COLLEEN DOMBROW, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# GOORIN BROS.

| | |
|---|---|
| **Reg. No. 3,825,024** | GOORIN BROS., INC. (CALIFORNIA CORPORATION) |
| | 1269 HOWARD STREET |
| **Registered July 27, 2010** | SAN FRANCISCO, CA 94103 |
| **Int. Cl.: 35** | FOR: RETAIL STORE SERVICES FEATURING HEADGEAR, HATS, CLOTHING, BAGS, HANDBAGS, BACKPACKS, WALLETS; ONLINE RETAIL STORE SERVICES FEATURING HEADGEAR, HATS, CLOTHING, BAGS, HANDBAGS, BACKPACKS, WALLETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 12-31-1895; IN COMMERCE 12-31-1895. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,293,389, 3,293,390, AND 3,338,514.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BROS.", APART FROM THE MARK AS SHOWN.

SER. NO. 77-898,347, FILED 12-21-2009.

COLLEEN DOMBROW, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,479,732**

**Registered May 29, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Goorin Bros., Inc. (CALIFORNIA CORPORATION)
1269 Howard St.
San Francisco, CALIFORNIA 94103

CLASS 25: hats; headwear

FIRST USE 6-29-2012; IN COMMERCE 6-29-2012

The mark consists of a depiction of a squirrel standing on its hind legs and the word "NUT" displayed on the top right side of the squirrel.

SER. NO. 87-619,649, FILED 09-22-2017

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do  not  file  renewal  applications  at  the  USPTO.  Instead,  the  holder  must  file  a  renewal  of  the  underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders  who  authorize  e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2024-03-20 22:34:24 EDT

**Mark:** GOORIN BROS.

# GOORIN BROS.

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88264449 | **Application Filing Date:** | Jan. 16, 2019 |
| **US Registration Number:** | 6839726 | **Registration Date:** | Sep. 06, 2022 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 06, 2022

**Publication Date:** Jul. 09, 2019 **Notice of Allowance Date:** Sep. 03, 2019

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | GOORIN BROS. |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "BROS." |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Hats; head wear; shirts; t-shirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 31, 1895 | **Use in Commerce:** | Dec. 31, 1895 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

| | |
|---|---|
| **Filed No Basis:** No | **Currently No Basis:** No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Goorin Bros., Inc. |
| **Owner Address:** | 128 Shotwell St.<br>San Francisco, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** CORPORATION | **State or Country<br>Where Organized:** CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** Britt L. Anderson | **Docket Number:** 131610.4000 |
| **Attorney Primary<br>Email Address:** pctrademarks@perkinscoie.com | **Attorney Email<br>Authorized:** Yes |

### Correspondent

| | |
|---|---|
| **Correspondent<br>Name/Address:** | Britt L. Anderson<br>PERKINS COIE LLP<br>3150 Porter Dr.<br>Palo Alto, CALIFORNIA UNITED STATES 94304 |
| **Phone:** 650-838-4300 | **Fax:** 650-838-4350 |
| **Correspondent e-<br>mail:** pctrademarks@perkinscoie.com | **Correspondent e-<br>mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 19, 2023 | NOTICE OF SUIT | |
| Sep. 06, 2022 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Sep. 06, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 02, 2022 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 30, 2022 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 26, 2022 | ASSIGNED TO EXAMINER | |
| Jul. 25, 2022 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 22, 2022 | USE AMENDMENT FILED | |
| Jul. 22, 2022 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 17, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 16, 2022 | SOU EXTENSION 5 GRANTED | |
| Mar. 03, 2022 | SOU EXTENSION 5 FILED | |
| Mar. 14, 2022 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Mar. 03, 2022 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 04, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 02, 2021 | SOU EXTENSION 4 GRANTED | |
| Sep. 02, 2021 | SOU EXTENSION 4 FILED | |
| Sep. 02, 2021 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 05, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 03, 2021 | SOU EXTENSION 3 GRANTED | |
| Mar. 03, 2021 | SOU EXTENSION 3 FILED | |
| Mar. 03, 2021 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 28, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Sep. 28, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 28, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 28, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 28, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 05, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |

| | |
|---|---|
| Sep. 03, 2020 | SOU EXTENSION 2 GRANTED |
| Sep. 03, 2020 | SOU EXTENSION 2 FILED |
| Sep. 03, 2020 | SOU TEAS EXTENSION RECEIVED |
| Mar. 05, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Mar. 03, 2020 | SOU EXTENSION 1 GRANTED |
| Mar. 03, 2020 | SOU EXTENSION 1 FILED |
| Mar. 03, 2020 | SOU TEAS EXTENSION RECEIVED |
| Sep. 03, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jul. 09, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jul. 09, 2019 | PUBLISHED FOR OPPOSITION |
| Jun. 19, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| May 31, 2019 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| May 30, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 23, 2019 | PREVIOUS ALLOWANCE COUNT WITHDRAWN |
| May 14, 2019 | WITHDRAWN FROM PUB - OG REVIEW QUERY |
| Apr. 26, 2019 | ASSIGNED TO LIE |
| Apr. 12, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 02, 2019 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 02, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 02, 2019 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 02, 2019 | EXAMINERS AMENDMENT -WRITTEN |
| Mar. 28, 2019 | ASSIGNED TO EXAMINER |
| Feb. 08, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 19, 2019 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| |
|---|
| **TM Staff Information - None** |
| **File Location** |

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Jul. 30, 2022

**Generated on:** This page was generated by TSDR on 2024-03-20 22:33:51 EDT

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** 88264457 | | **Application Filing Date:** Jan. 16, 2019 | |
| **US Registration Number:** 6866607 | | **Registration Date:** Oct. 04, 2022 | |
| **Filed as TEAS RF:** Yes | | **Currently TEAS RF:** Yes | |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 04, 2022

**Publication Date:** Jun. 04, 2019 **Notice of Allowance Date:** Jul. 30, 2019

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a design of a castle.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 07.01.01 - Castles; Forts; Palaces

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Hats; head wear; shirts; t-shirts

| | | |
|---|---|---|
| **International Class(es):** 025 - Primary Class | **U.S Class(es):** 022, 039 | |
| **Class Status:** ACTIVE | | |
| **Basis:** 1(a) | | |
| **First Use:** Sep. 01, 2000 | **Use in Commerce:** Sep. 01, 2000 | |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | |
| **Filed ITU:** Yes | **Currently ITU:** No | |

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Goorin Bros., Inc. |
| **Owner Address:** | 128 Shotwell St. |
| | San Francisco, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Britt L. Anderson | **Docket Number:** | 131610.4000 |
| **Attorney Primary Email Address:** | pctrademarks@perkinscoie.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Britt L. Anderson |
| | PERKINS COIE LLP |
| | 3150 Porter Dr. |
| | Palo Alto, CALIFORNIA UNITED STATES 94304 |

| | | | |
|---|---|---|---|
| **Phone:** | 650-838-4300 | **Fax:** | 650-838-4350 |
| **Correspondent e-mail:** | pctrademarks@perkinscoie.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 19, 2023 | NOTICE OF SUIT | |
| Oct. 04, 2022 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Oct. 04, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 27, 2022 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 26, 2022 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 27, 2022 | ASSIGNED TO EXAMINER | |
| Jul. 27, 2022 | ASSIGNED TO EXAMINER | |
| Jul. 26, 2022 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 22, 2022 | USE AMENDMENT FILED | |
| Jul. 22, 2022 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 08, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 07, 2022 | SOU EXTENSION 5 GRANTED | |
| Jan. 31, 2022 | SOU EXTENSION 5 FILED | |
| Feb. 07, 2022 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jan. 31, 2022 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 03, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jul. 30, 2021 | SOU EXTENSION 4 GRANTED | |
| Jul. 30, 2021 | SOU EXTENSION 4 FILED | |
| Jul. 30, 2021 | SOU TEAS EXTENSION RECEIVED | |
| Jan. 23, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 21, 2021 | SOU EXTENSION 3 GRANTED | |
| Jan. 21, 2021 | SOU EXTENSION 3 FILED | |
| Jan. 21, 2021 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 28, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Sep. 28, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |

| | |
|---|---|
| Sep. 28, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Sep. 28, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 28, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Aug. 01, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jul. 30, 2020 | SOU EXTENSION 2 GRANTED |
| Jul. 30, 2020 | SOU EXTENSION 2 FILED |
| Jul. 30, 2020 | SOU TEAS EXTENSION RECEIVED |
| Jan. 29, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jan. 27, 2020 | SOU EXTENSION 1 GRANTED |
| Jan. 27, 2020 | SOU EXTENSION 1 FILED |
| Jan. 27, 2020 | SOU TEAS EXTENSION RECEIVED |
| Jul. 30, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jun. 04, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jun. 04, 2019 | PUBLISHED FOR OPPOSITION |
| May 15, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Apr. 26, 2019 | ASSIGNED TO LIE |
| Apr. 15, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 02, 2019 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 02, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 02, 2019 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 02, 2019 | EXAMINERS AMENDMENT -WRITTEN |
| Mar. 28, 2019 | ASSIGNED TO EXAMINER |
| Mar. 21, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Feb. 08, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 19, 2019 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Aug. 26, 2022

**Generated on:** This page was generated by TSDR on 2024-03-20 22:32:30 EDT

**Mark:** "GOORIN BROS"



| | | | |
|---|---|---|---|
| **US Serial Number:** | 88267903 | **Application Filing Date:** | Jan. 18, 2019 |
| **US Registration Number:** | 6866608 | **Registration Date:** | Oct. 04, 2022 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 04, 2022

**Publication Date:** Jun. 04, 2019  **Notice of Allowance Date:** Jul. 30, 2019

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | "GOORIN BROS" |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the words "Goorin Bros" in script, with quotation marks before "GOORIN" and after "BROS". A wavy line appears above the letters "O" through "N" on "GOORIN", and a horizontal line curving down and to the left appears below "GOORIN BROS". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "BROS" |
| **Design Search Code(s):** | 26.17.02 - Bands, wavy; Bars, wavy; Lines, wavy; Wavy line(s), band(s) or bar(s)<br>26.17.06 - Bands, diagonal; Bars, diagonal; Diagonal line(s), band(s) or bar(s); Lines, diagonal<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1483689 |
| **International Application(s) /Registration(s) Based on this Property:** | A0087359/1483689 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|  |  |  |  |
|---|---|---|---|
| **For:** | hats; headwear; shirts; t-shirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 2020 | **Use in Commerce:** | Jan. 2020 |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| **Owner Name:** | Goorin Bros., Inc. | | |
| **Owner Address:** | 128 Shotwell St. San Francisco, CALIFORNIA UNITED STATES 94103 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

|  |  |  |  |
|---|---|---|---|
| **Attorney Name:** | Britt L. Anderson | **Docket Number:** | 131610.4000 |
| **Attorney Primary Email Address:** | pctrademarks@perkinscoie.com | **Attorney Email Authorized:** | Yes |

### Correspondent

|  |  |  |  |
|---|---|---|---|
| **Correspondent Name/Address:** | Britt L. Anderson PERKINS COIE LLP 3150 Porter Dr. Palo Alto, CALIFORNIA UNITED STATES 94304 | | |
| **Phone:** | 650-838-4300 | **Fax:** | 650-838-4350 |
| **Correspondent e-mail:** | pctrademarks@perkinscoie.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2022 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Oct. 04, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 27, 2022 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 26, 2022 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 27, 2022 | ASSIGNED TO EXAMINER | |
| Jul. 27, 2022 | ASSIGNED TO EXAMINER | |
| Jul. 26, 2022 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 22, 2022 | USE AMENDMENT FILED | |
| Jul. 22, 2022 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 08, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 07, 2022 | SOU EXTENSION 5 GRANTED | |
| Jan. 31, 2022 | SOU EXTENSION 5 FILED | |
| Feb. 07, 2022 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jan. 31, 2022 | SOU TEAS EXTENSION RECEIVED | |

| | |
|---|---|
| Aug. 03, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jul. 30, 2021 | SOU EXTENSION 4 GRANTED |
| Jul. 30, 2021 | SOU EXTENSION 4 FILED |
| Jul. 30, 2021 | SOU TEAS EXTENSION RECEIVED |
| Jan. 23, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jan. 21, 2021 | SOU EXTENSION 3 GRANTED |
| Jan. 21, 2021 | SOU EXTENSION 3 FILED |
| Jan. 21, 2021 | SOU TEAS EXTENSION RECEIVED |
| Sep. 28, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Sep. 28, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 28, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Sep. 28, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 28, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Aug. 01, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jul. 30, 2020 | SOU EXTENSION 2 GRANTED |
| Jul. 30, 2020 | SOU EXTENSION 2 FILED |
| Jul. 30, 2020 | SOU TEAS EXTENSION RECEIVED |
| Jan. 29, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jan. 27, 2020 | SOU EXTENSION 1 GRANTED |
| Jan. 27, 2020 | SOU EXTENSION 1 FILED |
| Jan. 27, 2020 | SOU TEAS EXTENSION RECEIVED |
| Jul. 30, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jun. 04, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jun. 04, 2019 | PUBLISHED FOR OPPOSITION |
| May 15, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Apr. 26, 2019 | ASSIGNED TO LIE |
| Apr. 12, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 02, 2019 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 02, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 02, 2019 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 02, 2019 | EXAMINERS AMENDMENT -WRITTEN |
| Mar. 28, 2019 | ASSIGNED TO EXAMINER |
| Mar. 21, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Feb. 12, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 22, 2019 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Aug. 26, 2022

Generated on: This page was generated by TSDR on 2024-03-20 22:35:42 EDT

Mark:



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97614439 | **Application Filing Date:** | Sep. 30, 2022 |
| **US Registration Number:** | 7189474 | **Registration Date:** | Oct. 10, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 10, 2023

**Publication Date:** Jul. 25, 2023

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of a vertical rectangle with a taller left vertical line than the right vertical line. The top line connects the two vertical lines, sloping down to the right vertical line, with a castle design inside of the rectangle. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 07.01.01 - Castles; Forts; Palaces<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.25 - Rectangles with one or more curved sides |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Hats; headwear | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 01, 2004 | **Use in Commerce:** | Apr. 01, 2004 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |

| Filed 44D: | No | | Currently 44D: | No |
| Filed 44E: | No | | Currently 44E: | No |
| Filed 66A: | No | | Currently 66A: | No |
| Filed No Basis: | No | | Currently No Basis: | No |

## Current Owner(s) Information

| Owner Name: | Goorin Bros., Inc. |
| Owner Address: | 128 Shotwell St. |
| | San Francisco, CALIFORNIA UNITED STATES 94103 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| Attorney Name: | Britt L. Anderson | Docket Number: | 131610.4000 |
| Attorney Primary Email Address: | pctrademarks@perkinscoie.com | Attorney Email Authorized: | Yes |

### Correspondent

| Correspondent Name/Address: | BRITT L. ANDERSON |
| | PERKINS COIE LLP |
| | 3150 PORTER DR. |
| | PALO ALTO, CALIFORNIA UNITED STATES 94304 |
| Phone: | 650-838-4300 | Fax: | 650-838-4350 |
| Correspondent e-mail: | pctrademarks@perkinscoie.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 10, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Oct. 10, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 25, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 25, 2023 | PUBLISHED FOR OPPOSITION | |
| Jul. 05, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 22, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 14, 2023 | ASSIGNED TO EXAMINER | |
| Oct. 19, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Oct. 18, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Oct. 04, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Oct. 10, 2023 |