UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-21809-Civ-Williams

GOORIN BROS., INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff GOORIN BROS., INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 109 | 818 hat | https://us.shein.com/store/home?store_code=7526512624 |
| 110 | Baili Garden Hat | https://us.shein.com/store/home?store_code=6798379155 |
| 111 | GangSheng | https://us.shein.com/store/home?store_code=7610425564 |
| 112 | lovcap | https://us.shein.com/store/home?store_code=6528396870 |
| 113 | pingluan | https://us.shein.com/store/home?store_code=5786732055 |
| 114 | TQMSMY | https://us.shein.com/store/home?store_code=6962809205 |
| 115 | XIYUNGOOD | https://us.shein.com/store/home?store_code=1503153665 |
| 116 | YiMaNeiLi | https://us.shein.com/store/home?store_code=8246218072 |
| 133 | wrlovesk.life | wrlovesk.life |

Dated: July 5, 2024                                             Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

<u>/s/ James W. Lee</u>
James W. Lee (FL Bar No. 67558)
100 SE 2nd Street
Suite 2800
Miami, FL 33131
Tel: (305) 539-8400
jwlee@bsfllp.com

***Counsel for Plaintiff Goorin Bros., Inc.***