UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-21809-Civ-Williams

GOORIN BROS., INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## **PROOF OF SERVICE**

I certify and declare that I am over the age of 18 years, employed in the county of Miami-Dade, and I am an attorney for Plaintiff, GOORIN BROS., INC., in the above captioned action.

On July 5, 2024, Boies Schiller Flexner LLP emailed copies of the Complaint (Dkt. 1); Amended Complaint (Dkt. 8); Issued Summons (Dkt. 22); Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Including a Temporary Injunction, a Temporary Transfer of the Defendant Internet Stores, a Temporary Asset Restraint, and Expedited Discovery (Dkt. 17); Sealed Order granting the Temporary Restraining Order (Dkt. 18); the Paperless Order extending the Temporary Restraining Order (Dkt. 23); and the Paperless Order setting a Zoom Preliminary Injunction Hearing (Dkt. 27) to each foreign Defendant, in compliance with this Court's Orders dated June 18, 2024 and July 1, 2024 (Dkts. 18, 23).  Boies Schiller Flexner LLP also effected service of process on Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons, and all relevant other filings in this case, on the website http://goorinbros-cases.com/case-24-cv-21809.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 5, 2024, at Miami-Dade County, Florida.

**BOIES SCHILLER FLEXNER LLP**

<u>/s/ *James W. Lee*</u>
James W. Lee (FL Bar No. 67558)
100 SE 2nd Street
Suite 2800
Miami, FL 33131
Tel: (305) 539-8400
jwlee@bsfllp.com

***Counsel for Plaintiff Goorin Bros., Inc.***