UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21809-CV-WILLIAMS

GOORIN BROS., INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Jonathan Goodman's Report and Recommendation ("***Report***") (DE 39) on Plaintiff's Motion for Preliminary Injunction (DE 17) ("***Motion***"). In the Report, Judge Goodman recommends the Court grant Plaintiff's Motion be granted with respect to Defendants listed on Schedule A, attached to the Report. (DE 39 at 2, 20–24.) No objections were filed to the Report and the time to do so has passed. Upon a careful review of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Goodman's Report (DE 39) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Preliminary Injunction (DE 17) is **GRANTED**. A preliminary injunction is entered in accordance with the terms of the Report, and Plaintiff is

required to comply with all recommendations set forth in the Report. The preliminary injunction shall remain in effect during the pendency of this matter, or until such further dates as set by the Court or stipulated to by the Parties.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>17th</u> day of July, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE