UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21809-CV-WILLIAMS

GOORIN BROS., INC.,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations ("***Report***") (DE 66) on Plaintiff's Motion for Final Default Judgment (DE 56) ("***Motion***"). In the Report, Judge Goodman recommends that the Court grant the Motion as to all Defendants that have not been voluntarily dismissed by Plaintiff ("***Defaulting Defendants***") listed in Schedule A, attached to this order.[1] (DE 66 at 23.) Specifically, Judge Goodman finds that Plaintiff is entitled to default judgment on its claim of copyright infringement and its Lanham Act trademark infringement and counterfeiting claim. (*Id.* at 12, 13.) No objections were filed to the Report, and the time to do so has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

---

[1] In the Report, Judge Goodman recommends that the Motion be granted in part and denied in part, stating that the Motion "should be granted in its entirety, **except** that default judgment should not be entered against" a defendant that was voluntarily dismissed between the filing of the Motion and the Report. (DE 66 at 23 n. 11.)

1. Judge Goodman's Report and Recommendations (DE 66) is **AFFIRMED AND ADOPTED.**

2. Motion for Final Default Judgment (DE 56), as it pertains to Defendants not voluntarily dismissed by Plaintiff, is **GRANTED** and a permanent injunction is entered against Defaulting Defendants.

3. Plaintiff's requests for statutory damages for copyright infringement in the amount of $150,000.00 per Defaulting Defendant and statutory damages for trademark infringement and counterfeiting in the amount of $200,000.00 per Defaulting Defendant are **GRANTED**.

4. The Court will separately issue a default final judgment.

5. This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 9th day of January, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

## Schedule A

| Doe | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 2 | Akultmsny Co. Ltd | https://www.amazon.com/sp?seller=A3VI9DUDCQHMEG |
| 3 | amuzz | https://www.amazon.com/sp?seller=A2LVXKBJSQ7TZ6 |
| 4 | Clover L4 | https://www.amazon.com/sp?seller=A1H5K7MWP7NC1U |
| 6 | danzhouzhangtiantianmaoyiyouxiangongsi | https://www.amazon.com/sp?seller=A3TZY14C6HNSKZ |
| 7 | HUFANG | https://www.amazon.com/sp?seller=A17WVP6F97Z2QI |
| 11 | MUHAMMET EMIN TASDEMIR | https://www.amazon.com/sp?seller=AO1Y5VV5Y6JCJ |
| 12 | OMER FARUK TATLI | https://www.amazon.com/sp?seller=A1H3K0NXM3QD9N |
| 14 | SOYDAN Shop | https://www.amazon.com/sp?seller=A35EMWEM9RD26F |
| 16 | YAVAM | https://www.amazon.com/sp?seller=A35DVMMCN1DOHD |
| 18 | zhangzandixiaoshangdian | https://www.amazon.com/sp?seller=A31RC4SYC35IKS |
| 19 | a2222222222 | https://www.dhgate.com/store/about-us/21902937.html |
| 20 | a8557547 | https://www.dhgate.com/store/about-us/21875647.html |
| 21 | abc911 | https://www.dhgate.com/store/about-us/21927045.html |
| 22 | ae0c | https://www.dhgate.com/store/about-us/21818445.html |
| 23 | aiai99 | https://www.dhgate.com/store/about-us/21829330.html |
| 24 | aigood | https://www.dhgate.com/store/about-us/20731439.html |
| 25 | aiyueele09 | https://www.dhgate.com/store/about-us/21750228.html |
| 26 | aiyueele10 | https://www.dhgate.com/store/about-us/21750230.html |

| Doe | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 27 | ancient88 | https://www.dhgate.com/store/about-us/21027457.html |
| 28 | aqzn | https://www.dhgate.com/store/about-us/21800782.html |
| 29 | b3nj | https://www.dhgate.com/store/about-us/21800573.html |
| 30 | bagbags793 | https://www.dhgate.com/store/about-us/21858890.html |
| 31 | bdeluxury | https://www.dhgate.com/store/about-us/21838279.html |
| 32 | beblanche | https://www.dhgate.com/store/about-us/21635142.html |
| 33 | beijing003 | https://www.dhgate.com/store/about-us/21930255.html |
| 34 | beqx | https://www.dhgate.com/store/about-us/21818343.html |
| 35 | bingsellerpd | https://www.dhgate.com/store/about-us/21889512.html |
| 36 | bmiv | https://www.dhgate.com/store/about-us/21819219.html |
| 37 | bossbaba | https://www.dhgate.com/store/about-us/21169864.html |
| 38 | boutique6868 | https://www.dhgate.com/store/about-us/21910724.html |
| 39 | brand6789 | https://www.dhgate.com/store/about-us/21908413.html |
| 40 | brfn | https://www.dhgate.com/store/about-us/21818581.html |
| 41 | brother110 | https://www.dhgate.com/store/about-us/21918977.html |
| 42 | bsmne6197xj | https://www.dhgate.com/store/about-us/21749504.html |
| 43 | bszx | https://www.dhgate.com/store/about-us/21800616.html |
| 44 | burberry_hat2 | https://www.dhgate.com/store/about-us/21895582.html |
| 45 | bv17 | https://www.dhgate.com/store/about-us/21819096.html |
| 46 | bvkdx | https://www.dhgate.com/store/about-us/21866388.html |

| Doe | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 47 | c50i | https://www.dhgate.com/store/about-us/21800520.html |
| 48 | c6kd | https://www.dhgate.com/store/about-us/21800799.html |
| 49 | c8bs | https://www.dhgate.com/store/about-us/21818586.html |
| 50 | ccur | https://www.dhgate.com/store/about-us/21800886.html |
| 51 | cdjz | https://www.dhgate.com/store/about-us/21819571.html |
| 52 | cdwc | https://www.dhgate.com/store/about-us/21800576.html |
| 53 | chentao2 | https://www.dhgate.com/store/about-us/21929129.html |
| 54 | chenyu2 | https://www.dhgate.com/store/about-us/21677490.html |
| 55 | China Dvd Vapes | https://www.dhgate.com/store/about-us/13915322.html |
| 56 | cjrj | https://www.dhgate.com/store/about-us/21818631.html |
| 57 | cmcvl | https://www.dhgate.com/store/about-us/21866371.html |
| 58 | cmlk | https://www.dhgate.com/store/about-us/21818340.html |
| 59 | cnef | https://www.dhgate.com/store/about-us/21819579.html |
| 60 | cr6a | https://www.dhgate.com/store/about-us/21818732.html |
| 61 | cupwater | https://www.dhgate.com/store/about-us/21060567.html |
| 62 | d1ej | https://www.dhgate.com/store/about-us/21819747.html |
| 63 | d6up | https://www.dhgate.com/store/about-us/21800813.html |
| 64 | debf | https://www.dhgate.com/store/about-us/21800701.html |
| 65 | designershats | https://www.dhgate.com/store/about-us/21863160.html |

| Doe | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 66 | detu | https://www.dhgate.com/store/about-us/21819066.html |
| 67 | dhgateleisure | https://www.dhgate.com/store/about-us/21908176.html |
| 68 | dhgatesale4 | https://www.dhgate.com/store/about-us/21919035.html |
| 69 | albert123123 | https://www.ebay.com/usr/albert123123 |
| 70 | ananna0508 | https://www.ebay.com/usr/ananna0508 |
| 71 | chenleidianpu | https://www.ebay.com/usr/chenleidianpu |
| 72 | chenlei-us | https://www.ebay.com/usr/chenlei-us |
| 73 | chenssad | https://www.ebay.com/usr/chenssad |
| 74 | chenwei7 | https://www.ebay.com/usr/chenwei7 |
| 75 | dengbing_sp | https://www.ebay.com/usr/dengbing_sp |
| 76 | dingyantao | https://www.ebay.com/usr/dingyantao |
| 77 | dixyshop | https://www.ebay.com/usr/dixyshop |
| 79 | ez-lily | https://www.ebay.com/usr/ez-lily |
| 80 | fsdsvrt | https://www.ebay.com/usr/fsdsvrt |
| 81 | hanbha17 | https://www.ebay.com/usr/hanbha17 |
| 82 | hejiahui26524 | https://www.ebay.com/str/starclothingstore |
| 83 | heweisheng031 | https://www.ebay.com/usr/heweisheng031 |
| 84 | hong7412 | https://www.ebay.com/str/hong7412 |
| 85 | hot_water9 | https://www.ebay.com/usr/hot_water9 |
| 86 | ingunya | https://www.ebay.com/usr/ingunya |

| Doe | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 87 | ix9659 | https://www.ebay.com/usr/ix9659 |
| 88 | julong-01 | https://www.ebay.com/str/wawa |
| 89 | kenwa6198 | https://www.ebay.com/usr/kenwa6198 |
| 90 | liuwenzhe2587 | https://www.ebay.com/usr/liuwenzhe2587 |
| 91 | liuxiaoboqq | https://www.ebay.com/usr/liuxiaoboqq |
| 93 | myshop111 | https://www.ebay.com/usr/myshop111 |
| 94 | nango70 | https://www.ebay.com/usr/nango70 |
| 96 | nisama_36 | https://www.ebay.com/usr/nisama_36 |
| 97 | nnup1-64 | https://www.ebay.com/usr/nnup1-64 |
| 98 | nxke1002 | https://www.ebay.com/usr/nxke1002 |
| 99 | olzrj705 | https://www.ebay.com/usr/olzrj705 |
| 101 | shanxipinleiwangla0 | https://www.ebay.com/usr/shanxipinleiwangla0 |
| 102 | taiyuanruikemaoyiyouxiangongsi | https://www.ebay.com/usr/taiyuanruikemaoyiyouxiangongsi |
| 103 | tangyongjian_sp | https://www.ebay.com/usr/tangyongjian_sp |
| 104 | ucni-66 | https://www.ebay.com/usr/ucni-66 |
| 105 | xuewen8665 | https://www.ebay.com/usr/xuewen8665 |
| 106 | yitongst99 | https://www.ebay.com/usr/yitongst99 |
| 107 | zee_shark | https://www.ebay.com/usr/zee_shark |
| 108 | globalsources.com | www.globalsources.com |
| 117 | All Birds clothing accessories | https://www.temu.com/all-birds-clothing-accessories-m-187271065133.html |

| Doe | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 120 | I like skirt | https://www.temu.com/i-like-skirt-m-253900947901.html |
| 123 | BISHOP | https://www.walmart.com/seller/101281286 |
| 124 | hefeininnaoshangmao | https://www.walmart.com/seller/101619451 |
| 127 | TaiYuanLiPaTiXinXiKeJi | https://www.walmart.com/seller/101622000 |
| 128 | WuHanShiXiongAnHan | https://www.walmart.com/seller/101610957 |
| 130 | YanTaiLiYiNan | https://www.walmart.com/seller/101631370 |
| 131 | yiqin | https://www.walmart.com/seller/101650339 |